In the Matter of the Arbitration between OTTO B. SHULHOF and EITINGON SCHILD Co., INC.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARIA DE FALCO, as Ancillary Administratrix, etc., of DOMINICO DE FALCO, v. COMMONWEALTH BANK.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARIA DE FALCO, as Ancillary Administratrix, etc., of DOMINICO DE FALCO, v. COMMONWEALTH BANK.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of IDA ROSOFF and Another against WILLIAM WALSH, Chairman, and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of Acquiring TITLE TO PREMISES Situated in the Block Bounded by East One Hundred and Seventy-eighth Street, Crotona Avenue, East One Hundred and Seventy-ninth Street and Clinton Avenue, Borough of The Bronx, City of New York, Duly Selected as a Site for School Purposes.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of SAMUEL SCHERER for Payment of Award for Damage Parcel No. 2 on the Damage Map — re Acquiring Title by the CITY OF NEW YORK to Certain Land and Premises Situated on the Westerly Side of Eastern Boulevard South of Baisley Avenue, Borough of Bronx, Selected as a Site for School Purposes.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOUIS C. HERBERT v. EUREKA NATURAL GAS CORPORATION.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRY N. BRAUDE v. MARTIN RAFF and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JACOB HOFFER.— Motion granted, and the time of the defendant within which to file the record on appeal and appellant's points extended until August 1, 1929, with notice of argument for the 1st day of October, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH LAPOLTE, Alias PAUL PIPIA.— Motion granted, and the time of the defendant within which to file the record on appeal and appellant's points extended to August 1, 1929, with notice of argument for the 1st day of October, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of IRVING K. FABRICAND against F. EUGENE NORTZ and Another.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MEIER SANDEL v. WITEK REALTY CORPORATION.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROSE C. MITCHELL v. WILLIAM MANNING BARR.— Motion denied, with leave to the plaintiff to serve an amended notice of appeal nunc pro tunc as of March 13, 1929, which shall omit any reference to the order of May 7, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.